Scottish Hills Development Corp. -

.

ADCAMP, INC.
P.O. BOX 54246
PEARL, MS 39288



BRAD HOUSTON
679 GRANTS FERRY ROAD
BRANDON, MS 39047



COMMUNITY BANK OF MS
323 E. THIRD ST.
FOREST, MS 39074



COMMUNITY BANK OF MS
% PATRICK MCALLISTER
303 HIGHLAND PK CV #A
RIDGELAND, MS 39157



RANKIN CO. TAX COLL.
211 E GOVERNMENT ST
BRANDON, MS 39042



ROBERT HOUSTON
679 GRANTS FERRY RD.
BRANDON, MS 39047