UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI

In re: SCOTTISH HILLS DEVELOPMENT CORP.
      Debtor                                        Case No._____

                                                         Chapter No.____11_____

**COMPENSATION STATEMENT OF ATTORNEY FOR THE DEBTOR(S)**

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation promised the undersigned from the debtor(s) for services rendered or to be rendered in connection with this case includes a retainer in the amount of **$10,000.00** to be billed against at **$175.00** per hour, plus compensation for additional services and expenses as necessary; the only compensation which has been received from the debtor(s) or any other person on said account is **$10,000.00**; and the source of compensation paid or promised, if a source other than the debtor(s), is: **NONE**.

3. The undersigned further states that no understanding or agreement exists for a division of fees or compensation between the undersigned and any other person or entity, except any agreement he may have for the sharing of his compensation with a member or members or regular associate of his law firm and except:

                                   _____
                                   *Attorney for Debtor(s)*:
                                   EILEEN N. SHAFFER
                                   P O BOX 1177
                                   JACKSON MS  39215-1177
                                   (601) 969-3006

*[Required by Rule 2016(b) to be filed and transmitted to the United States Trustee within 15 days after the order for relief.*
*(Not to be filed in lieu of an Application for Compensation which may be filed pursuant to Bankruptcy Rule 2016.)]*

**COMPENSATION STATEMENT OF ATTORNEY FOR THE DEBTOR(S)**

Copyright (c) 1991 - anderson publishing company - cincinnati, ohio - 1-800-582-7295Bankruptcy Filing System